```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
 9                                 AT TACOMA
10
   PERRY ASHELMAN,
11                                              Case No. C09-5748 RBL
                  Petitioner,
12                                              ORDER DIRECTING
         v.                                     SERVICE AND RETURN,
13                                              § 2241 PETITION
   PAT GLEBE,
14
                  Respondent.
15
16
17
         (l)    The clerk shall arrange for service by certified mail upon respondent and
18
   Assistant United States Attorney General, copies of the petition, (Doc. 5) and all documents in
19
   support thereof.  All costs of service shall be advanced by the United States.  The Clerk shall
20
   assemble the necessary documents to effect service.  In addition, the Clerk shall send petitioner a
21
   copy of this Order.
22
         (2)    Within forty-five (45) days after such service, respondent(s) shall file and serve
23
   an answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States
24
   District Courts.  Rule 1 (b) allows the use of the rules set forth for §2254 petitions in other cases.
25
   As part of such answer, respondent(s) should state whether petitioner has exhausted available
26
   remedies, whether an evidentiary hearing is necessary, and whether there is any issue of abuse or
```

ORDER - 1

delay under Rule 9.  Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.  Respondent(s) shall file the answer with the Clerk of the Court and serve a copy of the answer upon petitioner.

   (3) The answer will be treated in accordance with Local Rule CR 7.  Accordingly, upon receipt of the answer the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and respondent my file and serve a reply brief not later than on the Thursday immediately preceding the Friday designated for consideration of the matter.

   Dated this 12th day of March, 2010.

                 /s/ J. Richard Creatura

                  J. Richard Creatura
                  United States Magistrate Judge

ORDER - 2