# United States District Court

WESTERN DISTRICT OF WASHINGTON

PERRY ASHELMAN,

JUDGMENT IN A CIVIL CASE

v.

CASE NO. C09-5748RBL/JRC

PAT GLEBE,

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation;

(2) The petition DISMISSED as procedurally barred; and

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all claims asserted by petitioner in his habeas petition.

|  |  |
|---|---|
| August 2, 2010 | BRUCE RIFKIN |
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk